UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT JASON,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>        Defendants. | Case No. 3:16-cv-00530-LB<br><br>**NOTICE RE RESOURCES** |

    Because you are representing yourself in this case, the court issues this notice to you about legal resources available to you. First, the court attaches a copy of the district court's *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. It provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. Second, you may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. A copy of the Legal Help Center's flyer is attached.

Dated: February 4, 2016

                                                                     _____
                                                                     LAUREL BEELER
                                                                     United States Magistrate Judge

NOTICE (No. 3:16-cv-00530-LB)